## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

LYNDA PIERCE and DAVID
PIERCE,

      Plaintiffs,

v.                                              Case No. 6:22-cv-1772-PGB-DAB

NATIONAL SPECIALTY
INSURANCE COMPANY

      Defendant.

_____ /

## DEFENDANT'S MOTION FOR LEAVE TO FILE
## REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION
## FOR ENTITLEMENT TO ATTORNEY'S FEES

Defendant, pursuant to Rule 3.01(d) of the Local Rules for the Middle

District of Florida, seek leave to file a reply to Plaintiffs' Response to Defendant's

Motion for Entitlement to Attorney's Fees.

Defendant asserts a reply is necessary to address Plaintiffs' position

regarding Defendant's Proposal for Settlement that was filed in accordance Fla.

Stat. § 768.79, Fla. Stat. § 627.4265, and Fla. R. Civ. P. 1.442(c)(2)(C). Defendant

should be permitted to submit a reply of seven (7) pages in length to support its

Motion, within ten (10) days.

## MEMORANDUM OF LAW

Local Rule 3.01(d) prevents a party from filing a reply or further memorandum without leave of Court. "The purpose of a reply brief is to rebut any new law or facts contained in the opposition[']s response to a request for relief before the Court." *Tardif v. People for Ethical Treatment of Animals*, Case No. 2:09–cv–537–FtM–29SPC, 2011 WL 2729145, at* 2 (M.D. Fla. July 13, 2011); *see also Nankivil v. Lockheed Martin Corp.*, 2003 WL 25568817 (M.D. Fla. 2003). Here, Defendant submits that a reply is necessary to address and refute Plaintiffs' argument that Defendant's Proposal for Settlement is unenforceable, and to refute Plaintiffs' interpretation of "nonmonetary terms" pursuant to Fla. R. Civ. P. 1.442(c)(2)(C) and Fla. Stat. § 768.79. Furthermore, the United States Court of Appeals for the Eleventh Circuit has transferred Defendant's Motion for Appellate Attorney's Fees to this Court; therefore, a reply is necessary.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Defendant certifies that he conferred with counsel for Plaintiffs by electronic mail on May 27, 2025, in a good faith effort to resolve the issue raised in the underlying motion, and counsel for Plaintiffs does not object to Defendant seeking leave to file a reply.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant it leave to file a short reply of not more than seven (7) pages in reply to the

2

Response. Defendant further respectfully requests that the Court permit it to file the requested reply within ten (10) days.

Date: May 28, 2025                    Respectfully submitted,

By:   /s/ Robert L. Williams, Jr.
Robert L. Williams Jr., Esq. (1002894)
Brian P. Henry, Esq. (0089069)
ROLFES HENRY CO., LPA
3165 McCrory Place, Suite 174
Orlando, Florida  32803
T:  (407) 284-4990
E:  rwilliams@rolfeshenry.com
E:  pewing@rolfeshenry.com
E:  bhenry@rolfeshenry.com
E:  kmcclintock@rolfeshenry.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been served via e-mail on counsel for all parties at the email addresses below or has been served by automatic service by the Court's e-filing system, on this 28th day of May 2025:

Matthew Struble, Esq.
Eduardo A. Ramirez
Struble, PA 325 Fifth Ave #103
Indialantic, Florida 32903
P: 321.283.5888
E: mstruble@strublelawfirm.com
*Attorney for Plaintiffs*

/s/ Robert L. Williams, Jr.
Robert L. Williams, Jr. (FBN 1002894)

3